1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DREE ANN CELLEMME,<br><br>                          Plaintiff(s),<br><br>vs.<br><br>LORETTA E. LYNCH, et al.,<br><br>                          Defendant(s). | Case No. 2:16-cv-02539-JAD-NJK<br><br>RECUSAL ORDER |

With good cause appearing, the Honorable Magistrate Judge Nancy J. Koppe recuses herself in this action.  IT IS ORDERED that this action is referred to the Clerk for random reassignment of this case for all further proceedings.

DATED: November 4, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge