1
2
3
4                    **UNITED STATES DISTRICT COURT**
5                           **DISTRICT OF NEVADA**
6
7   DREE ANN CELLEME,                         )
8              Plaintiff,                     )    Case No.  2:16-cv-02539-JAD-CWH
                                              )
9   vs.                                       )    **ORDER**
                                              )
10  LORETTA E. LYNCH, et al.,                 )
                                              )
11             Defendants.                    )
                                              )

13       Presently before the court is pro se Plaintiff's motion (ECF No. 3) for permission to file
14  electronically, filed on November 2, 2016.
15       Plaintiff requests permission to file documents electronically in this case, and has affirmed
16  that she has access to all resources required to do so.  The court will grant Plaintiff's request under
17  Local Rule IC 2-1(b), which states that a "pro se litigant may request the court's authorization to
18  register as a filer in a specific case."  For the purpose of this rule, a "filer" is defined as "a person
19  who is issued a login and password to file documents in the court's electronic filing system."  LR
20  IC 1-1(b).
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

1    IT IS THEREFORE ORDERED that Plaintiff's motion for permission to file electronically (ECF No. 3) is GRANTED.  Plaintiff must comply with the following procedures to activate her CM/ECF account:

(1)  By **November 30, 2016**, Plaintiff must file a written certification that she has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are available on the court's website, www.nvd.uscourts.gov.  Plaintiff is advised that she is not authorized to file electronically unless this certification is filed with the court within the time frame specified.

(2) After timely filing the certification, Plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

DATED: November 7, 2016

_____
**C.W. Hoffman, Jr.
United States Magistrate Judge**