STEVEN W. MYHRE
Acting United States Attorney

HOLLY A. VANCE
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, NV  89501
Tel:  (775) 784-5438
Fax: (775) 784-5181

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DREE ANN CELLEMME, | Case No.  2:16-CV-02539-JAD-CWH |
| Plaintiff, | |
| v. | **STIPULATION FOR EXTENSION OF TIME TO FILE REPLY** |
| JEFF SESSIONS, ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE; and FEDERAL BUREAU OF INVESTIGATION, | **First Request** |
| Defendants. | |

COME NOW Plaintiff Dree Ann Cellemme and Defendants Jeff Sessions, Attorney General, U.S. Department of Justice; and Federal Bureau of Investigation ("Defendants"), and hereby stipulate and agree that Defendants may have a seven-day extension to file their reply to "Plaintiff's Opposition to the Defendants['] Motion to Dismiss." (ECF No. 19). Defendants' reply is currently due on March 22, 2017. Defense counsel has been out of the office on business, however, and unable to meaningfully review and respond to Plaintiff's opposition. A seven-day extension would give Defendants up to and including, March 29, 2017 in which to respond to Plaintiff's opposition.

Defense counsel contacted Plaintiff via email, who advised that she does not object to Defendants' extension request. This is Defendants' first extension request. Defendants seek this extension request in good faith and not for the purpose of delay.

Dated this 17th day of March, 2017.

STEVEN W. MYHRE
Acting United States Attorney

DREE ANN CELLEMME

/s/ Holly A. Vance
HOLLY A. VANCE
Assistant United States Attorney

/s/ Dree Ann Cellemme
DREE ANN CELLEMME
Plaintiff

IT IS SO ORDERED:

DATED: March 17, 2017

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE