CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
HOLLY A. VANCE
Assistant United States Attorney
United States Attorney's Office
400 South Virginia Street, Suite 900
Reno, NV 89501
Tel: (775) 784-5438
Fax: (775) 784-5181
Holly.A.Vance@usdoj.gov

Attorneys for Defendant Merrick Garland

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DREE ANN CELLEMME,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States,<br><br>　　　　　Defendant. | Case No. 2:16-cv-02539-JAD-DJA<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE STAY**<br><br>ECF No. 79 |

　　　　Defendant Merrick Garland ("Defendant") and Plaintiff Dree Ann Cellemme ("Plaintiff") hereby stipulate to, and jointly move for, an order continuing the stay of the proceedings. The facility that processes discovery for the Federal Bureau of Investigation ("FBI") has yet to resume normal operations due to the COVID-19 pandemic, thereby hampering the agency's ability to timely process discovery requests. This motion is supported by the case law cited herein and the attached declaration.

/ / /

**BACKGROUND**

Plaintiff filed suit under Title VII of the Civil Rights Act and the Rehabilitation Act. (ECF No. 43, at ¶¶ 41-87). She asserts claims for gender and disability discrimination based on various personnel actions taken by the FBI, including discharging her from her employment with the agency. (*Id.*).

On April 3, 2020, FBI counsel advised that the agency was unable to process discovery requests because all staff within the agency's Discovery Management Section ("DMS") were on administrative leave due to the COVID-19 crisis. (ECF No. 77-2 pp. 1-6).

On April 20, 2020, the Court granted the parties' request to stay the proceedings. (ECF No. 78).

On May 13, 2021, the FBI advised that it is still hampered in its ability to process discovery matters in a timely manner based on a number of factors, including the inability of FBI staff to return to their duty stations at once, numerous exposures of staff assigned to handle discovery matters, the need to work reduced and alternate schedules in response to the COVID-19 pandemic, and numerous disruptions that have occurred within the Washington, D.C. area that have limited access to FBI headquarters. (Crum Decl. ¶ 12).

**ARGUMENT**

**A. Good cause exists to continue the stay of the proceedings because the FBI has not yet resumed normal operations due to the COVID-19 pandemic.**

A district court has broad discretion to stay proceedings incidental to its power to control its own docket. *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936); *see also CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962) (district courts possess "inherent power to control the disposition of the causes on its docket in a manner which will promote economy of time and effort for itself, for counsel, and for litigants"). A district court may stay proceedings

where the moving party demonstrates good cause. *Libutan v. MGM Grand Hotel LLC*, 2020 WL 1434440, at *2 (D. Nev. Mar. 24, 2020).

Here, the FBI's ability to timely process discovery requests has been hindered as a result of the COVID-19 pandemic, as explained above. (Crum Decl. ¶ 12). Under the circumstances, a continuation of the stay of the proceedings is warranted. *See Libutan*, 2020 WL 1434440, at *2 (extenuating circumstances caused by the COVID-19 virus establish good cause to stay the proceedings); *Garbutt v. Ocwen Loan Servicing, LLC*, 2020 WL 1476159, at *2 (M.D. Fla. Mar. 26, 2020) (finding good cause exists to stay the proceedings "based on the disruption to business caused by the spread of COVID-19").

## CONCLUSION

For the reasons argued above, a continuation of the stay is warranted.

Respectfully submitted this 26th day of May 2021.

CHRISTOPHER CHIOU
United States Attorney

s/ *Holly A. Vance*  
HOLLY A. VANCE
Assistant United States Attorney

s/ *Dylan T. Cicliano*  
DYLAN T. CICILIANO
Counsel for Plaintiff

## ORDER

It appears that a stay is warranted for the reasons sated in tis motion. Accordingly, IT IS HEREBY ORDERED that the Joint Motion to Continue Stay **[ECF No. 79] is GRANTED.** The stay of this case is extended for all purposes until discovery operations at the FBI reopen. The FBI must file a motion to lift stay within five days of discovery operations resuming.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 31, 2021