JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DREE ANN CELLEMME,<br><br>　　　　　Plaintiff,<br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States,<br>　　　　　Defendant. | Case No. 2:16-cv-02539-JAD-DJA<br><br>**Stipulation and Order to<br>Extend Certain Discovery Deadlines<br>(Sixth Request)** |

Pursuant to LR IA 6-1 and LR 26-3, the parties request a 150-day extension of certain discovery deadlines as, and for the reasons, set forth below. This stipulation is filed at least 21 days before the earliest deadline to be extended (close of discovery). The purpose for the requested extension is the parties' good faith intention to mediate this case. This is the sixth request for an extension of the discovery schedule.

### DISCOVERY COMPLETED

The parties have completed the following disclosures and discovery:

Defendant served Initial Disclosures of Witnesses and Documents and three supplement thereto.

Plaintiff served Initial Disclosures of Witnesses and Documents and one supplement thereto.

Plaintiff served Discovery Request, First Supplemental Discovery Request For

Production of Documents, Second Supplemental Discovery Request for Production of Documents, and Defendant responded to them.

Defendant served first and second sets of Requests for Production and Interrogatories, and Plaintiff responded to Defendant's second sets of discovery requests.

On July 31, 2017, Defendant took the Deposition of Officer Roque Martinez.

## DISCOVERY REMAINING

Plaintiff and Defendant intend to depose the Parties, their representatives, and any other percipient witnesses regarding the allegations in this case. Based on the outcome of these depositions, the parties may need to send additional written discovery.

## WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The parties agreed that it will be beneficial to try to resolve this case through mediation and are currently looking into possible mediators and dates to get the mediation scheduled. In the event the mediation is not successful, the parties will need the time to complete the remaining discovery. This request is made in good faith, not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**EXTENSION OF THE DISCOVERY PLAN AND SCHEDULING ORDER**

The following table sets forth the current deadlines and the proposed extended deadlines that are the subject of this stipulated request:

| SCHEDULED EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Discovery Cutoff | 03/17/2023 | 08/18/2023 |
| Dispositive Motions | 04/14/2023 | 09/18/2023 |
| Proposed Joint Pretrial Order | 05/12/2023 | 10/18/2023[1] |

This request for an extension of time is not sought for any improper purpose including delay.

Respectfully submitted this 31st day of January 2023.

GARMAN TURNER GORDON LLP

JASON M. FRIERSON
United States Attorney

*/s/ Dylan T. Ciciliano*
DYLAN T. CICILIANO
Nevada Bar No. 12348
Email: dciciliano@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112
*Attorney for Plaintiff*

*/s/ Virginia T. Tomova*
VIRGINIA T. TOMOVA
Assistant United States Attorney

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** February 1, 2023

_____

[1] If dispositive motions were filed, the deadline for the Proposed Joint Pretrial Order would be deferred until 30 days after the Court rules on the dispositive motions.

3