GARMAN TURNER GORDON LLP
DYLAN T. CICILIANO
Nevada Bar No. 12348
Email: dciciliano@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DREE ANN CELLEMME,<br><br>    Plaintiff,<br><br>vs.<br><br>MERRICK GARLAND, Attorney General, U.S. Department of Justice,<br><br>    Defendant. | Case No. 2:16-cv-02539-JAD-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>ECF No. 89 |

The parties to the above-referenced case, Plaintiff Dree Ann Cellemme ("Plaintiff"), by and through counsel, Dylan T. Ciciliano, Esq. of Garman Turner Gordon, LLP, and Defendant Merrick Garland, Attorney General, U.S. Department of Justice ("Defendant"), by and through Jason M. Frierson, Esq. and Virginia T. Tomova, Esq. of the United States Attorney's Office, hereby stipulate and agree that they have resolved the case pursuant to the terms of the settlement agreement.

The case should therefore be dismissed, with prejudice, with each party to bear its own fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

DATED this 16th day of August 2023.

GARMAN TURNER GORDON LLP

*/s/ Dylan T. Ciciliano*
DYLAN T. CICILIANO
Nevada Bar No. 12348
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Plaintiff*

DATED this 16th day of August 2023.

UNITED STATES ATTORNEY'S OFFICE

*/s/Virginia T. Tomova*
JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
*Attorneys for Defendant*

## **ORDER**

Based on the parties' stipulation [ECF No. 89] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 18, 2023

Prepared and submitted by:

GARMAN TURNER GORDON LLP

*/s/ Dylan T. Ciciliano*
DYLAN T. CICILIANO
Nevada Bar No. 12348
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Plaintiff*